# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEPHON E. JAMES

NO. 2026 KW 0192

**JUNE 3, 2026**

---

In Re:    Stephon E. James, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          2034-F-2022, 2035-M-2022.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
the State's response, if any, the pertinent court minutes, the
guilty plea and sentencing transcripts and any other portions of
the record that might support the claims raised in the application
for postconviction relief. Supplementation of this writ
application and/or an application for rehearing will not be
considered. See Uniform Rules of Louisiana Courts of Appeal, Rules
2-18.7 & 4-9. In the event relator elects to file a new application
with this court, the application shall be filed on or before
September 4, 2026. Any future filing on these issues must include
the entire contents of this application, the missing items noted
above, and a copy of this ruling.

                        **SMM**
                        **BDE**
                        **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT